UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED CLEVELAND, JR.,

    Petitioner,

v.                                                     Case No. 3:19cv454-LC-HTC

MARK S INCH,

    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 23, 2021 (ECF No. 17).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

Case No.3:19cv454-LC-HTC

2. The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Cleveland*, 2010-CF-4676, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 24th day of July, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**